UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

SUREN OHANJANYAN,

             Petitioner,

             v.

WARDEN / FACILITY ADMINISTRATOR, Adelanto ICE Processing Center, et al.,

             Respondents.

No. 5:26-cv-02465-JDE

JUDGMENT

Pursuant to the Order Regarding Petition,

IT HEREBY IS ORDERED, ADJUDGED, and DECREED that the Petition is: (1) GRANTED, in part, with Respondents ORDERED to release Petitioner from custody immediately, subject to any preexisting release conditions; and (2) DISMISSED without prejudice in all other respects.

Dated: May 20, 2026

_____
JOHN D. EARLY
United States Magistrate Judge